IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYLAND DEE KIRKLAND,

    Plaintiff,                        No. CIV S-06-0567 LKK GGH P

    vs.

EL DORADO COUNTY SHERIFF'S, et al.,

    Defendants.        <u>ORDER</u>

/

    Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

    Accordingly, the Clerk of Court shall close this case.

DATED: 8/8/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

kirk567.59