IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYLAND DEE KIRKLAND,

    Plaintiff,                              No. CIV S-06-0567 LKK GGH P

    vs.

EL DORADO COUNTY SHERIFF'S, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        On July 6, 2006, plaintiff filed a notice of voluntary dismissal. On August 8, 2006, the court dismissed this action.

        On July 31, 2006, plaintiff filed a motion for leave to file an amended complaint. The court was unaware of this motion when it issued the August 8, 2006, order. If plaintiff did not intend for this action to be dismissed, he must file a motion to reopen this action.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 31, 2006, motion for leave to file an amended complaint is disregarded.

DATED: 8/16/06                                     /s/ Gregory G. Hollows

                                                 GREGORY G. HOLLOWS
                                                 UNITED STATES MAGISTRATE JUDGE

kirk567.ord