IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYLAND DEE KIRKLAND,

    Plaintiff,                           No. CIV S-06-0567 LKK GGH P

    vs.

EL DORADO COUNTY SHERIFF, et al.,

    Defendants.                   FINDINGS & RECOMMENDATIONS

_____/

        By order filed March 7, 2007, Judge Lawrence Karlton granted the motion to re-open the case and directed plaintiff to file an amended complaint within sixty days. On May 29, 2007, this order was re-served to plaintiff at his change of address. The order was again re-served to his change of address on August 6, 2007 and October 15, 2007. The sixty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

1 objections with the court.  The document should be captioned "Objections to Magistrate Judge's

2 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

3 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

4 F.2d 1153 (9th Cir. 1991).

5 DATED: 12/21/07                                         /s/ Gregory G. Hollows

6                                                                          UNITED STATES MAGISTRATE JUDGE

GGH:035
7 kirk0567.fta